**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**


EOD
09/29/2015

| | |
|---|---|
| IN RE: § | |
| § | |
| JEFFREY ALLEN RICHARD § | CAUSE NO. 15-10028 |
| xxx-xx-9825 § | (CHAPTER 13) |
| BRENDA KAY RICHARD § | |
| xxx-xx-6500 § | |
| 3225 59th Street § | |
| Port Arthur, Texas 77640 § | |
| DEBTORS § | |

## ORDER DISMISSING CHAPTER 13 CASE

ON THIS DATE the Court considered the Motion to Dismiss filed by **JEFFREY ALLEN RICHARD and BRENDA KAY RICHARD**, the debtors in the above-referenced case, on September 9, 2015. The Court finds that this case has not been previously converted and that no other circumstances exist that should prevent this individual debtor from exercising the right to dismiss this case, pursuant to 11 U.S.C. §1307(b). Accordingly, good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that this Chapter 13 bankruptcy case is **DISMISSED** and any funds remaining on deposit with the Chapter 13 Trustee shall be distributed in accordance with the provisions of the Order of Confirmation entered in this case.

**IT IS FURTHER ORDERED** that all Income Withholding Orders previously entered in this case, if any, are hereby terminated.

Signed on 09/29/2015

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE