THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JEFFREY ALLEN RICHARD   XXX-XX-9825<br>3225 59TH STREET<br>PORT ARTHUR, TX 77640<br><br>BRENDA KAY RICHARD   XXX-XX-6500<br>3225 59TH STREET<br>PORT ARTHUR, TX 77640<br><br>DEBTORS | § CASE NUMBER: 15-10028<br>§<br>§ CHAPTER 13<br>§<br>§<br>§<br>§ |

NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

NOTICE IS HEREBY GIVEN that the "Trustee's Final Report and Account" has been filed with the Court by the Chapter 13 Trustee in the case referenced above.

The Trustee's Final Report and Account has been mailed to you by the Trustee. It is also available for public inspection using a public computer terminal at any of the following divisional office of the United States Bankruptcy Clerk:

Plaza Tower, 110 N. College Avenue, 9th Floor, Tyler, Texas
Jack Brooks Federal Building, 300 Willow Street, 1st Floor, Beaumont, Texas
Wells Fargo Bank Building, 660 N. Central Expressway, 3rd Floor, Plano, Texas

No hearing will be conducted on any aspect of the Trustee's Final Report unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the Chapter 13 Trustee at the address given in the Trustee's Final Report within thirty (30) days from date of this notice. If no objection is timely served and filed, the Court may consider and approve the Trustee's Final Report without the necessity of a hearing.

If a written objection is filed, then a hearing shall be scheduled and you will be notified.

Dated: 03/15/2016

        By: /s/ John J. Talton
        Office of the Standing Chapter 13 Trustee

1

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Notice of Filing of Final Report and Account has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

JEFFREY ALLEN RICHARD
3225 59TH STREET
PORT ARTHUR, TX 77640

BRENDA KAY RICHARD
3225 59TH STREET
PORT ARTHUR, TX 77640

MAIDA LAW FIRM, P.C.
ATTORNEYS AT LAW
4320 CALDER AVENUE
BEAUMONT, TX 77706

    and the parties listed on the attached Mailing Matrix

    Dated: 03/15/2016

    Respectfully submitted,

/s/ John J. Talton
John J. Talton, SBN 19629700
Lloyd T. Kraus, SBN 24066773
Office of the Standing Chapter 13 Trustee
110 N. College Avenue, Suite 1200
Tyler, TX  75702
(903)593-7777, Fax (903) 597-1313